# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER A. GOAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:21-cv-00462-MHH-SGC |
| ) | |
| MATT GENTRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on June 13, 2023 in which she recommended that the Court dismiss this matter for failure to prosecute because Mr. Goad has not provided a current address. (Doc. 67). The magistrate judge recommended dismissal with prejudice because the Court previously dismissed this matter for failure to prosecute. (Doc. 10; Doc. 67, p. 2). On June 26, 2023, the U.S. Postal Service returned as undeliverable the copy of the report and recommendation mailed to Mr. Goad at his address of record. (Doc. 68). The Court has not received objections to the report from Mr. Goad.

After consideration of the documents in the Court's electronic docket for this case, the Court adopts the magistrate judge's report and accepts her recommendation. Consistent with that recommendation, by separate order, the

Court will dismiss this case again for failure to prosecute. This dismissal is with prejudice.

**DONE** and **ORDERED** this June 28, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE